No. 52. WHITCOMB, GOVERNOR OF INDIANA *v.* CHAVIS ET AL.; and

No. 53. RUCKELSHAUS ET AL. *v.* CHAVIS ET AL. Appeals from D. C. S. D. Ind. dismissed. *Gunn* v. *University Committee,* 399 U. S. 383 (1970), *Whitcomb* v. *Chavis, ante,* p. 124. MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases. Reported below: 305 F. Supp. 1364.

No. 148. DODDS *v.* JOHANSEN, CITY CLERK OF MINNEAPOLIS, ET AL. Appeal from D. C. Minn. dismissed. *Gunn* v. *University Committee,* 399 U. S. 383 (1970). MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 523. BOGERT ET AL. *v.* KINZER, CLERK OF CITY OF POCATELLO, ET AL. Appeal from Sup. Ct. Idaho dismissed for want of substantial federal question. *Gordon* v. *Lance, ante,* p. 1. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 6947. STRADER *v.* KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 6948. BREWSTER *v.* LAKE SUPERIOR DISTRICT POWER Co. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.